# UNITED STATES DISTRICT COURT
## for
### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 09, 2023

SEAN F. MCAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Watson, Austin W. | Docket No. | 0980 2:23CR00002-RMP-4 |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Erik Carlson, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Austin W Watson, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge James A. Goeke, sitting in the court at Spokane, Washington, on the 10th day of May 2023, under the following conditions:

**Special Condition #18:** Following inpatient substance abuse treatment, Defendant shall return to the custody of the U.S. Marshals Service.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** Austin W. Watson is alleged to have violated the conditions of pretrial release supervision by failing to surrender to the custody of the U.S. Marshals Service on June 9, 2023.

On or about May 12, 2023, Mr. Watson entered inpatient substance abuse treatment at Sun Ray Court in Spokane, Washington.

On June 5, 2023, defense counsel filed a motion requesting Mr. Watson be released upon successful completion of inpatient treatment at Sun Ray Court to attend outpatient substance abuse treatment at YFA Connections in Spokane, Washington.

On June 8, 2023, the Honorable James A. Goeke, U.S. Magistrate Judge, granted the motion to release Mr. Watson, in which additional conditions were ordered. One of the conditions required Mr. Watson to reside at YFA Connections.

Subsequently, defense counsel filed an amended motion on June 8, 2023, that clarified YFA Connections is not a residential program and provided a release address.

Based on the amended motion, the Honorable Alexander C. Ekstrom, U.S. Magistrate Judge, ordered Mr. Watson to return to the custody of the U.S. Marshals Service upon completion of inpatient substance abuse treatment. A hearing was scheduled for June 14, 2023.

On June 8, 2023, the undersigned officer advised Mr. Watson of his requirement to return to custody upon completion of inpatient substance abuse treatment.

On June 9, 2023, the undersigned officer again advised Mr. Watson of his requirement to return to custody upon completion of inpatient treatment. The undersigned officer instructed Mr. Watson to report to the Spokane County Jail by 12 p.m., on June 9, 2023.

The undersigned officer has confirmed with the Spokane County Jail inmate roster and the U.S. Marshals Service that Mr. Watson did not return to custody as instructed.

Attempts to contact Mr. Watson through his inpatient treatment counselor, his fiancé, defense counsel, and his father were unsuccessful. Mr. Watson's current whereabout is unknown.

PRAYING THAT THE COURT WILL ORDER A WARRANT

|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|---|---|
|  | Executed on: June 9, 2023 |
| by | s/Erik Carlson |
|  | Erik Carlson<br>U.S. Pretrial Services Officer |

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case

[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

*Alexander C. Ekstrom*

Signature of Judicial Officer

6/9/223

Date