# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 12, 2023

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Watson, Austin W. | Docket No. | 0980 2:23CR00002-RMP-4 |

### Petition for Action on Conditions of Pretrial Release

COMES NOW Erik Carlson, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Austin W. Watson, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge James A. Goeke, sitting in the Court at Spokane, Washington, on the 10th day of May 2023, under the following conditions:

**Standard Condition #10:** Defendant shall refrain from the unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #2:** Austin W. Watson is alleged to have violated the conditions of pretrial release supervision by admitting to ingesting methamphetamine on or about June 9, 2023.

On June 12, 2023, Mr. Watson reported to the U.S. Probation Office in Spokane, Washington, and met with the undersigned officer. During that meeting, Mr. Watson admitted to ingesting "a couple of hits" of methamphetamine on June 9, 2023. Subsequently, Mr. Watson signed a substance abuse admission form acknowledging his use of methamphetamine.

PRAYING THAT THE COURT WILL INCORPORATE THE ABOVE VIOLATION WITH THE VIOLATION PREVIOUSLY REPORTED TO THE COURT

|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|---|---|
|  | Executed on: June 12, 2023 |
| by | s/Erik Carlson |
|  | Erik Carlson<br>U.S. Pretrial Services Officer |

Re: Watson, Austin W.
June 12, 2023
Page 2

THE COURT ORDERS

[ ]     No Action
[ ]     The Issuance of a Warrant
[ ]     The Issuance of a Summons
[X]     The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]     Defendant to appear before the Judge assigned to the case.
[X]     Defendant to appear before the Magistrate Judge.
[ ]     Other

*Alexander C. Ekstrom*

Signature of Judicial Officer

6/12/2023

Date